UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

CARLTON KNOWLES,

                                                        25-CV-4157 (DEH) (VF)

                    Plaintiff,

                                                        **ORDER**

          -against-

SPLAY ATHLETICS LLC,

                  Defendant.

------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      Plaintiff commenced this action on May 17, 2025. Plaintiff's deadline to serve Defendant was August 15, 2025. To date, Plaintiff has not filed an affidavit of service to the docket. Plaintiff is directed to effectuate service and file an affidavit of service to the docket by **September 15, 2025**.

      SO ORDERED.

DATED:    New York, New York
               August 28, 2025

                                                                VALERIE FIGUEREDO
                                                                United States Magistrate Judge