UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CARLTON KNOWLES, ON BEHALF OF HIMSELF AND ALL OTHER PERSONS SIMILARLY SITUATED,

        Plaintiffs,

        v.

SPLAY ATHLETICS LLC,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No.: 1:25-cv-4157

**NOTICE OF VOLUNTARY DISMISSAL**

      Plaintiff(s), CARLTON KNOWLES, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, SPLAY ATHLETICS LLC, without prejudice and without fees and costs.

Dated: New York, New York
       September 9, 2025

                                                               **GOTTLIEB & ASSOCIATES PLLC**

                                                               <u>/s/Michael A. LaBollita, Esq.</u>

                                                           Michael A. LaBollita, Esq., (ML-9985)
                                                                150 East 18th Street, Suite PHR
                                                                        New York, NY 10003
                                                                           Phone: (212) 228-9795
                                                                               Fax: (212) 982-6284
                                                                        Michael@Gottlieb.legal

                                                                 *Attorneys for Plaintiffs*

SO ORDERED:

*[signature]*

Dale E. Ho
United States District Judge
Dated: September 11, 2025
New York, New York